David J. Noonan, Esq. (SBN 55966)
dnoonan@noonanlance.com
Genevieve M. Ruch, Esq. (SBN 285722)
gruch@noonanlance.com
NOONAN LANCE BOYERS & BANACH LLP
701 Island Avenue, Suite 400
San Diego, California 92101
Telephone: (619) 780-0880
Facsimile:  (619) 780-0877

Attorneys for Specially Appearing Defendant
DENNIS WASHINGTON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY NEFF, JAKE NEFF, MICHAEL MONGOLD, PAUL MORGAN, FRANCISCO MONZON, ED VOGEL, JUSTIN BECKER, JULIA BECKER, DAN FISCHER and STEFANIE FISCHER,<br><br>Plaintiffs,<br><br>vs.<br><br>DENNIS WASHINGTON, an individual; AARAN POINT CHARTERS, LTD., a business entity of unknown form; PROWLER, INC., a California corporation; and DOES 1-100, inclusive<br><br>Defendants. | CASE NO. **'20CV2376 CAB JLB**<br><br>**DECLARATION OF R. DENNIS WASHINGTON IN SUPPORT OF DEFENDANT ARRAN POINT CHARTERS, LTD.'S NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA**<br><br>Filed Concurrently with:<br>1. Notice of Removal<br>2. Declaration of Joseph M. Racicot |

{02310326}   -1-
DECLARATION OF R. DENNIS WASHINGTON IN SUPPORT OF DEFENDANT ARRAN POINT
CHARTERS, LTD.'S NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT

1    I, R. Dennis Washington, declare as follows:

2    1.   I have been named as a defendant in the action *Neff, et al. v. Washington, et al.*, San Diego Superior Court Case No. 37-2020-00038359-CU-PO-CTL.  I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would competently testify thereto.

3    2.   I am eighty-six years old and am domiciled in Montana.  I have lived in Montana since I was a child.  My family home is in Montana, and I intend to remain a Montana resident permanently.  While I do travel on occasion, it is always my intent to return to Montana.

4    3.   I have a Montana driver's license and have always been registered to vote in the State of Montana.  I do not now and never have had a California driver's license.  I have also never voted in a California election.

5    4.   I have always filed my federal and state tax returns as a Montana resident.

6    5.   I was previously employed by Washington Corporations, a Montana company with its principal place of business in Missoula, Montana.  I continue to be the majority shareholder of Washington Corporations and draw a salary from Washington Corporations as majority shareholder.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this __4th__ day of December, 2020, at _____, _____.

_____
R. Dennis Washington

{02310326}                -2-
DECLARATION OF R. DENNIS WASHINGTON IN SUPPORT OF DEFENDANT ARRAN POINT CHARTERS, LTD.'S NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT